```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
UNITED STATES                                              :
:                         13 Cr. 633 (PAE)
-v-                                  :
:                              ORDER
ROBERT MADISON et al.,                                     :
:
                              Defendants.   :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from Mr. Riopelle, dated June 3, 2015, raising an issue of

a potential conflict between him and his client, Mr. Madison. *See* Dkt. 105. Mr. Riopelle

suggests that, in the interest of caution, it would be appropriate for Mr. Madison to confer with

an independent attorney to determine whether any conflict exists. The Court agrees with this

suggestion. *See* Dkt. 107. Accordingly, the Court has appointed the CJA attorney on duty today,

Daniel Parker, Esq., to represent Mr. Madison solely with respect to this conflict issue.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: June 4, 2015
      New York, New York